17-2080 "H"





