UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BESPOKE LLC,

        Plaintiff,

  v.

GARTH PIESSE,

        Defendant.

Case No. 17-cv-2080-JTM-JVM

**[JURY TRIAL DEMANDED]**

**DEFENDANT GARTH PIESSE'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION AND 12(B)(6) FOR FAILURE TO STATE A CLAIM**

Defendant Garth Piesse respectfully moves to dismiss all claims against him for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted. As set forth more fully in the attached memorandum, Plaintiff cannot establish general or specific personal jurisdiction over Mr. Piesse—a New Zealand resident with no connection to Louisiana. Additionally, Plaintiff fails to state a legally cognizable claim that Mr. Piesse's registration and use of the bespoke.com domain name violates the Anticybersquatting Consumer Protection Act. For these reasons, Plaintiff's claims against Mr. Piesse should be dismissed.

Respectfully submitted,

*/s/ Thomas J. McGoey II*
Thomas J. McGoey II, T.A. (Bar No. 18330)
Philip R. Dore (Bar No. 34524)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

*Local Counsel for Defendant Mr. Garth Piesse*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2017, a copy of the foregoing pleading was served on all counsel of record via the Court's electronic filing system.

*/s/ Thomas J. McGoey II*